■ DANIEL CHAMBERLAIN, Appellant, v LARISSA DUNDON et al., Respondents. (Appeal No. 1.) [876 NYS2d 921]—Appeal from an order of the Supreme Court, Ontario County (Frederick G. Reed, A.J.), entered November 7, 2007 in a personal injury action. The order denied the motion of plaintiff for an adjournment of the trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Fahey, Peradotto, Carni and Gorski, JJ.